BRYAN SCHRODER
United States Attorney

DANIEL DOTY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: Daniel.Doty@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 4:21-cr-00005-RRB-SAO |
|---|---|
| Plaintiff, | ) <u>COUNT 1</u>: |
| | ) STALKING |
| vs. | )   Vio. of 18 U.S.C. § 2261(A)(2) |
| | ) |
| ROGER KEELING, | ) <u>COUNT 2</u>: |
| | ) MURDER-FOR-HIRE |
| Defendant. | )   Vio. of 18 U.S.C. § 1958 |
| | ) |
| | ) <u>ENHANCED STATUTORY</u> |
| | ) <u>PENALTIES ALLEGATION</u>: |
| | )   18 U.S.C.§ 2261(b)(6) |

F I R S T   S U P E R S E D I N G   I N D I C T M E N T

The Grand Jury charges that:

//

//

## COUNT 1

From about November 2020, until about January 2021, within the District of Alaska, the defendant, ROGER KEELING, with intent to harass or intimidate Victim 1, used an interactive computer service, electronic communications service, or electronic communications system to engage in a course of conduct that placed Victim 1 in reasonable fear of death or serious bodily injury or that caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to Victim 1.

All in violation of 18 U.S.C. § 2261(A)(2).

## COUNT 2

On or around January 2021, within the District of Alaska, the defendant, ROGER KEELING, used Zelle and the USAA Federal Savings Bank, a facility of interstate or foreign commerce, with intent that a murder be committed in violation of the laws of the State of Alaska as consideration for a promise or agreement to pay anything of pecuniary value.

All in violation of 18 U.S.C. § 1958.

//
//
//
//
//
//

ENHANCED STATUTORY PENALTIES ALLEGATION

At the time the defendant, ROGER KEELING, committed the offense charged in Count 1, he did so in violation of a temporary or permanent civil or criminal injunction, restraining order, no-contact order, or other order described in 18 U.S.C. § 2266.

All pursuant to 18 U.S.C. § 2261(b)(6).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Kyle Reardon for
DANIEL DOTY
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE: February 16, 2021

Page **3** of **3**

Case 4:21-cr-00005-RRB-SAO   Document 19   Filed 02/18/21   Page 3 of 3