**RECEIVED FEB 19 2021**

United States Marshals Service
District of Alaska

# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: 4:21-CR-5-RRB-SAO |
| vs. ) | USMS - D/ALASKA - WARRANTS |
| ) | FID # 11223087 |
| ROGER KEELING ) | WARRANT # 2106-0219-0995-J |
| *Defendant* | Entered NCIC _No_ |
| | Entered APSIN _____ |
| | Removed NCIC _____ |
| | Removed APSIN _____ |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Roger Keeling,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18:2261(b)(6) STALKING - Count 1
18:1958 MURDER FOR HIRE - Count 2

Date: February 18, 2021

By: s/Brenda Kappler, Deputy Clerk
*Issuing officer's signature*

City and state: Anchorage Alaska

Brian D. Karth, Clerk of Court
*Printed name and title*

---

This warrant was received on *(date)* 02-19-2021    person was arrested on *(date)* _____

at *(city and state)* SUBJECT ALREADY IN FEDERAL CUSTODY

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*